

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00013-CV

**IN THE INTEREST OF C.W.L.**, G.L.L, L.R. III., and A.R., Children

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15759A
Honorable Cathy Morris, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: March 13, 2019

DISMISSED FOR LACK OF JURISDICTION

On January 7, 2019, appellant filed a notice of appeal appealing the trial court's order terminating parental rights signed on March 1, 2017. Appellant's notice of appeal is untimely. *See* TEX. R. APP. P. 26.1(b) (providing that the notice of appeal in an accelerated appeal is due within twenty days of the signing of the judgment), 28.4(a) (providing that appeals in parental termination cases are accelerated). Absent a timely notice of appeal, this court lacks jurisdiction over the appeal. *See Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997) (holding that once extension period has passed, a party can no longer invoke an appellate court's jurisdiction).

In addition, the March 1, 2017 order appellant seeks to appeal was the subject of an appeal in this court assigned cause number 04-17-00144-CV. On August 30, 2017, this court issued a memorandum opinion affirming the trial court's March 1, 2017 order terminating appellant's rights

to his minor children.  *See In re L.R., III*, No. 04-17-00144-CV, 2017 WL 3722029, at *1 (Tex. App.—San Antonio Aug. 30, 2017, no pet.) (mem. op.).  The mandate issued on January 18, 2018. Our plenary power over this appeal has expired, and we no longer have jurisdiction to consider appellant's complaints in relation to the March 1, 2017 order.  *See* TEX. R. APP. P. 19.1, 19.3.

Accordingly, on February 13, 2019, we ordered appellant to show cause in writing no later than March 5, 2019 why this appeal should not be dismissed for lack of jurisdiction.  Appellant did not file a response pertaining to the jurisdictional question.  Thus, we dismiss this appeal for lack of jurisdiction.  All pending motions filed by appellant are rendered moot by this opinion.

PER CURIAM